41682. BRASELTON BROTHERS, INC. v. BETTER MAID DAIRY PRODUCTS, INC.

PER CURIAM. The judgment of this court in 113 Ga. App. 382 (148 SE2d 71), having been reversed by the Supreme Court in *Braselton Bros., Inc. v. Better Maid Dairy Products, Inc.,* 222 Ga. 472 (150 SE2d 620), the judgment of this court is vacated. The judgment of this court must be conformed to the judgment of the Supreme Court. Accordingly, the judgment of the trial court is reversed.

*Judgment reversed. Bell, P. J., Jordan and Eberhardt, JJ., concur.*

DECIDED NOVEMBER 2, 1966.

*Telford, Wayne & Greer, Jeff C. Wayne, Dent Bostick,* for appellant.

*Fortson, Bentley & Griffin, Edwin Fortson, Wheeler, Robinson & Thompson, Emory F. Robinson,* for appellee.